UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 15 2022
U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 2:22-CR- 4 |
| AUSTIN BLAKE CONRAD, | Violations: 21 U.S.C. § 841(a)(1) |
| Defendant. | 21 U.S.C. § 841(b)(1)(C) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Distribution of Methamphetamine)

On or about August 6, 2021, in Grant County, in the Northern District of West Virginia, defendant **AUSTIN BLAKE CONRAD** did unlawfully, knowingly, intentionally, and without authority distribute methamphetamine, also known as "crystal meth" and "ice," a Schedule II controlled substance, in exchange for $180 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A true bill,

/s/
Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Stephen Warner
Assistant United States Attorney